# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH INSTAGRAM USER ID img_yungtez, THAT IS STORED AT PREMISES CONTROLLED BY INSTAGRAM, LLC | ) ) ) ) Case No. 1:20-mj-145 ) ) ) Filed Under Seal |

## APPLICATION FOR ORDER COMMANDING INSTAGRAM, LLC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

The United States requests that the Court order Instagram, LLC not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for one year.

Instagram, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached warrant, which requires Instagram LLC to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation by: giving targets an opportunity to flee or continue flight from

Page 1 of 2

Case 1:20-mj-00145-SKL   Document 3   Filed 09/22/20   Page 1 of 2   PageID #: 4

prosecution, destroy or tamper with evidence, change patterns of behavior, and intimidate potential witness. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the warrant the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Instagram LLC not to disclose the existence or content of the attached warrant for one year except that Instagram LLC may disclose the attached warrant to an attorney for Instagram LLC for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on 9/22/2020.

Kevin T. Brown
Special Assistant United States Attorney
TN Bar. No. 034166
1110 Market Street, Suite 515
Chattanooga, TN 37402
423-752-5140
kevin.brown@usdoj.gov